People v Jose C. (2025 NY Slip Op 51376(U))

[*1]

People v Jose C.

2025 NY Slip Op 51376(U)

Decided on September 2, 2025

Criminal Court Of The City Of New York, New York County

Coleman, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 2, 2025
Criminal Court of the City of New York, New York County

The People of the State of New York, Plaintiff,

against
Jose C., Defendant.

CR-013097-25NY

Alvin L. Bragg, Jr., District Attorney, New York County (Shara Safer of counsel), for plaintiff. 
Walter J. Roesch IV, New York City, for defendant. 

Ilona B. Coleman, J.

The defendant moves this court to dismiss the case pursuant to CPL §§ 30.30 (1) (b) and 170.30 (1) (e). The People agree that the motion must be granted and consent to dismissal.
In this case, in which the defendant is charged with an A misdemeanor and no felonies, the People must be ready for trial within ninety days of the commencement of the criminal action (CPL 30.30 [1] [b]). Here, it is uncontested that the People did not serve a statement of readiness (SOR) on the defendant until the ninety-first day after arraignment. The defendant was therefore denied the right to a speedy trial (CPL 30.30 [1] [b]), and his motion to dismiss is granted (CPL 170.30 [1] [e]).
This constitutes the decision and order of this court.
Dated: September 2, 2025
New York, NY
Ilona B. Coleman, J.C.C.